STATE v. JENKINS

No. 365P94

Case below: 115 N.C.App. 520

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994. Petition by Attorney General for writ of supersedeas denied and stay dissolved 5 October 1994.

STATE v. JENNINGS

No. 555A90-2

Case below: Superior Court 81CRS1400
                       81CRS1441

Motion by defendant for appointment of post-conviction counsel denied 5 October 1994 without prejudice to defendant's right to file the motion in superior court.

STATE v. LANE

No. 343P94

Case below: 115 N.C.App. 25

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

STATE v. McEACHERN

No. 416PA94

Case below: 115 N.C.App. 569

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

STATE v. PARKER

No. 363P94

Case below: 115 N.C.App. 399

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.